IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NORTHSTAR TOWERS, LLC,

    Plaintiff,                      Case No. 2:23-cv-3608

    v.

CITY OF NEWARK, OHIO, et al.

    Defendants.


ORDER OF RECUSAL

The undersigned hereby recuses himself from this case and instructs that it be redrawn.

                                                        s/ James L. Graham
                                                        JAMES L. GRAHAM
                                                        United States District Judge

DATE: November 9, 2023