# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

NORTHSTAR TOWERS, LLC,

    Plaintiff,

  v.

CITY OF NEWARK, OHIO, and
CITY OF NEWARK BOARD OF ZONING
ADJUSTMENT a/k/a
CITY OF NEWARK BOARD OF ZONING
APPEALS

    Defendants.

Case No.:  2:23-CV-03608

## STIPULATION TO EXTEND TIME TO ANSWER

IT IS HEREBY STIPULATED between Plaintiff Northstar Towers, LLC, and Defendants City of Newark, Ohio and City of Newark Board of Zoning Adjustment a/k/a City of Newark Board of Zoning Appeals, that the deadline for Defendants to file their responsive pleading to the Complaint shall be extended to January 9, 2024.

Pursuant to S.D. Ohio Civ. R. 6.1(a) the parties affirmatively state that this proposed extension would not cause the aggregate time extended to any party for this action to exceed twenty-one days.

HB: 4891-9421-8133.1

| | |
|---|---|
| Dated this 7th day of December, 2023. | Dated this 7th day of December, 2023. |
| HUSCH BLACKWELL LLP<br>Attorneys for Plaintiff<br>**Electronically signed**<br>By: /s/ *Julie Miceli*<br>Julie Miceli, Ohio Bar No. 0078257<br>　Trial Attorney<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL 60606<br>(312) 655-1500<br>Julie.Miceli@huschblackwell.com<br><br>Joseph S. Diedrich, *Pro Hac Vice*<br>1801 Pennsylvania Ave. NW, Suite 1000<br>Washington, DC 20006<br>(202) 378-2300<br>Joseph.Diedrich@huschblackwell.com<br><br>Kirsten A. Atanasoff, *Pro Hac Vice*<br>33 East Main Street, Suite 300<br>Madison, WI 53703<br>(608) 255-4400<br>Kirsten.Atanasoff@huschblackwell.com | CITY OF NEWARK, OHIO<br>Attorneys for Defendants<br>**Electronically signed**<br>By: /s/ *Tricia M. Moore*<br>Tricia M. Moore, Ohio Bar No. 0077414<br>　Trial Attorney<br>40 West Main Street<br>Newark, OH 43055<br>(740) 670-7880<br>tmoore@newarkohio.net |

HB: 4891-9421-8133.1